UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
Pensacola DIVISION

## CIVIL RIGHTS COMPLAINT FORM

**TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983**

Request for open Hearing

Gaye Lynn Dilek Brewer

(Enter full name of Plaintiff(s))

vs.

CASE NO: 3:17cv106-MCR/CJ
(To be assigned by Clerk)

Casey Rogers,
Charles Kahn,
Roger Vinson,
Elizabeth Timothy
Chris Canova.

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Filed0210'17UsDcFln3PM0147

I. **PLAINTIFF:**

State your full name and full mailing address in the lines below.

Name of Plaintiff: Gaye Lynn Dilek Brewer

Mailing address: 257 E Lee # A

Pensacola, FL 32503

II. **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Casey Rodgers

Official position: Federal Judge

Employed at: U.S. District Court

Mailing address: 100 N. Palafox

32502

(2) Defendant's name: Charles J. Kahn.

Official position: Federal Judge

Employed at: US District Court.

Mailing address: 100 N. Palafox

Pensacola, FL 32502

(3) Defendant's name: Elizabeth Timothy

Official position: Federal Judge

Employed at: US District Court.

Mailing address: 100 N. Palafox

Pensacola, FL 32502

(4) Defendant's name: Chris Canova

Official position: United States Attorney

Employed at: US District Court, 100 N. Palafox

Mailing address: pensacola,

FL 32502

ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

## III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

1. On Case 3:15cv-00497-MCR-EMT, Judges M. Casey Rodgers and Elizabeth M Timothy Obstructed Justice by allowing my intentional abuse thru sexual misconduct with hidden FOIA request in film, to heighten intentional mobs by the public, which spread to a second court house, while filing pro se suits to stop violent extremism.

(2) These Judges refused open hearings and Grand Jury investigations to illegally conceal crimes against humanity, also seen in case 3:15cv-00469 MCR, where Pensacola Sergeant Baer was allowed to mutilate evidence of a suffocation after being framed in a mob around using a shower at Cobb Recreation on 8/29/15.

(3) In case 3:15cv 00484-MCR-EMT Judge M. Casey Rodgers and Elizabeth Timothy allowed the public to degradate, humiliate, suffocate and conceal mutilation of film evidence with no prosecution of the US Attorney Chris Canova who was notified of my destruction. PPD film destruction also of letter in his office on Nov 17, 2016 by Guard Carpenter.

## IV. STATEMENT OF CLAIMS:

Disallowance of laws in all cases

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.** Destruction of fame thru Intentional Harm thru racial Programming

Denied equal protection, denied due process under the fith amendment, as well as the fourteenth Amendment to Destroy Unique Turkish American descendant of a U.S Navy family. See Fount Crabtree, Robert Brewer and John Paul Brewer. Intentional Degradation by Judges. Allowance of War Crimes Acts 2441 thru Race Wars to deny true identity Violations of the Bill of Rights Pleese study cases to program Apartheid

## V. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I would like prosecution of these Judges under War Crimes Acts 2441 Geneva Convention laws for fraudulent concealment of all laws to hide War Criminals. I would prosecution under these 3 cases to begin with and then go to cases involving Roger Vinson, for illegally promoting Mobs/Tumolts two Million for allowing Sgt Baez destruction of film.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

See also Tonya Fuentes Hiding FOIA request of Sexual Misconduct

February 10, 2017
(Date)

Gary Lynn D. Lea Brewer
(Signature of Plaintiff)

Study Family History for level of ethnic cleansing attempts at Destruction